**Order issued June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01067-CR

### MATTHEW LEON HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the February 17, 2014 motion of Leslie McFarlane for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Leslie McFarlane as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Matthew Leon Hill, TDCJ No. 0673143, Polunsky Unit, 3872 FM 350 South, Livingston, Texas, 77351.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE